TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00236-CV

Martin Sepulveda, M.D. and Craig Weber, M.D., Appellants

v.

Maria M. Bradshaw, M.D., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. 97-12991, HONORABLE PETER M. LOWRY, JUDGE PRESIDING 

PER CURIAM

 Appellants Martin Sepulveda, M.D. and Craig Weber, M.D. move this Court to
dismiss their interlocutory appeal of the trial court's order denying their special appearances. We
grant the motion.

 We dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

Before Justices Powers, Kidd and B. A. Smith

Dismissed on Appellants' Motion

Filed: July 2, 1998

Do Not Publish